**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
42 Catherine Street, Poughkeepsie, New York 12601
Telephone:
914-269-2530
Fax: 888-908-6906

H. Bruce Bronson, Jr., Esq.
(admitted NY)
email:hbbronson@bronsonlaw.net

of Counsel:
Victoria Lehning

November 4, 2019

Hon. Judge Sean Lane
US Bankruptcy Court
Southern District of NY
300 Quarropas Street
White Plains, NY 10601

    Re:    <u>**Paul Devlin ("Debtor") Bankruptcy Case No: 19-23493**</u>

Dear Judge Lane:

    Please allow this letter to serve as a status report on the above referenced Debtor's bankruptcy case.

    The Debtor recently contacted Michelle Flood of Coldwell Banker in Rye, New York with respects to being the broker for the sale of his residence located at 2 Park Lane, Rye, New York ("Residence"). The Debtor will be filing an application to employ Ms. Flood as the Broker in the upcoming weeks.

    On October 29, 2019, the Debtor made one plan payment to the Chapter 13 Trustee via the TFS payment system. The Debtor has promised to make the October and November plan payments by the end of the month.

    At the time of filing, the Debtor believed that his plan needed to pay 100% to all unsecured creditors. The Trustee has raised an issue with the plan currently being listed as 100% on the plan section 8.6. After reviewing the proof of claims filed, the plan does not need to be 100% to all unsecured creditors. We will amend the plan to remove the language at a later date.

    Very truly yours,

    /s/ H. Bruce Bronson
    H. Bruce Bronson