

_____
85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

June 17, 2020

Honorable Sean H. Lane
United States Bankruptcy Court Judge
Southern District of New York
300 Quarropas Street
Room 248
White Plains, NY 10601

    Re:    Paul J. Devlin
           Bankruptcy Case No: 19-23493-shl

    This office represents the Secured Creditor, BSI Financial Services, as servicer for U.S. Bank Trust, N.A., as Trustee of the Igloo Series III Trust in the above referenced action. Pursuant to the court's loss mitigation order entered on January 29, 2020, please let this letter serve as a status report and summary of what has transpired between the parties.
    The Creditor Loss Mitigation Affidavit along with Secured Creditor's financial package was sent to the Debtor's Attorney on April 1, 2020. Follows ups were sent to the Debtor's Attorney on April 15, 2020, April 29, 2020, May 6, 2020, May 13, 2020, May 27, 2020, and June 10, 2020. To date, we have not received any documents or responses from the Debtor's Attorney. We are requesting immediate termination of this Loss Mitigation matter.

**Please feel free to contact our office should you have additional questions.**

           Sincerely,

Dated: June 17, 2020

           /s/ Jonathan Schwalb, Esq.
           Jonathan Schwalb, Esq.
           Friedman Vartolo LLP
           85 Broad Street, Suite 501
           New York, New York 10004
           (P) 212.471.5100
           (F) 212.471.5150
           bankruptcy@friedmanvartolo.com